UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY ANN CAPPEL, | No. 2:17-cv-1245 AC P |
| Petitioner, | |
| v. | ORDER |
| RON RACKLEY, Warden, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Although petitioner has submitted a copy of his prison trust account statement, he has not filed an in forma pauperis affidavit (or paid the required filing fee of $5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis or the filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: June 16, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE